UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH SHOURD, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE ISLAMIC )<br>REPUBLIC OF IRAN, )<br>)<br>Defendant. ) | Case No. 22-cv-1309 |
| JOSHUA FATTAL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE ISLAMIC )<br>REPUBLIC OF IRAN, )<br>)<br>Defendant. ) | Case No. 22-cv-2110 |
| SHANE BAUER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE ISLAMIC )<br>REPUBLIC OF IRAN, )<br>)<br>Defendant. ) | Case No. 22-cv-2294 |

**ORDER**
September 30, 2024 [Dkt. ## 16, 17, 17]

For reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

1

**ORDERED** in Case No. 22-cv-1309 that plaintiffs' Motion for Default Judgment [Dkt. #16] is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** in Case No. 22-cv-2110 that plaintiffs' Motion for Default Judgment [Dkt. #17] is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** in Case No. 22-cv-2294 that plaintiffs' Motion for Default Judgment [Dkt. #17] is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that plaintiffs in all above-captioned cases are awarded the damages compiled in Appendix A to the accompanying Memorandum Opinion, reprinted on the following page:

# APPENDIX A
## Damages

| Case No. | Plaintiff | Relationship | Pain & Suffering | Solatium | Punitive Damages | TOTAL |
|---|---|---|---|---|---|---|
| 22-cv-1309 | Sarah Shourd | Victim | $13,100,000 | | $121,109,399.08 | **$134,209,399.08** |
| | Patricia "Nora" Shourd | Victim's Mother | | $3,125,000 | $28,846,153.85 | **$31,971,154.85** |
| 22-cv-2294 | Shane Bauer | Victim | $16,820,000 | | $96,316,090.86 | **$113,136,091.86** |
| | Cindy Fisher | Victim's Mother | | $3,125,000 | $17,894,636.38 | **$21,019,636.38** |
| | Al Bauer | Victim's Father | | $3,125,000 | $17,894,636.38 | **$21,019,636.38** |
| | Nicole Lindstrom | Victim's Sister | | $1,562,500 | $8,947,318.19 | **$10,509,818.19** |
| | Shannon Bauer | Victim's Sister | | $1,562,500 | $8,947,318.19 | **$10,509,818.19** |
| 22-cv-2294 | Joshua Fattal | Victim | $16,820,000 | | $102,425,657.16 | **$119,245,657.16** |
| | Laura Fattal | Victim's Mother | | $3,125,000 | $19,029,737.14 | **$22,154,737.14** |
| | Jacob Fattal | Victim's Father | | $3,125,000 | $19,029,737.14 | **$22,154,737.14** |
| | Alex Fattal | Victim's Brother | | $1,562,500 | $9,514,868.57 | **$11,077,369.57** |

**SO ORDERED.**

*Richard J. Leon* (signature)

RICHARD J. LEON
United States District Judge

3